Christopher J. Neary (Bar No. 69220)
LAW OFFICES OF CHRISTOPHER J. NEARY
110 S. Main St., Ste. C
Willits, CA 95490
Telephone: (707) 459-5551
Facsimile: (707) 459-3018
Email: cjneary@pacific.net

Attorney for Defendant
NORTH COAST RAILROAD AUTHORITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EEL RIVER,<br><br>    Petitioner/Plaintiff,<br><br>  v.<br><br>NORTH COAST RAILROAD<br>AUTHORITY, et al.,<br><br>    Respondents/Defendants.<br>_____/ | Case No. CV 11 4103 JCS<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE OF THE MOTION FOR REMAND AND [Proposed] ORDER**<br><br>Hearing:<br>Date:  November 18, 2011<br>Time:  9:30 a.m.<br>Dept: G, 15th Floor |

IT IS HEREBY STIPULATED by and between Petitioner/Plaintiff FRIENDS OF THE EEL RIVER ("FOER") and Respondents/Defendants NORTH COAST RAILROAD AUTHORITY and BOARD OF DIRECTORS OF NORTH COAST RAILROAD AUTHORITY (collectively "NCRA") as follows:

    A.    WHEREAS, the above-entitled matter was removed by Defendants from the Superior Court of the State of California, County of Marin on August 19, 2011;

    B.    WHEREAS, the matter has been related with that certain action entitled *Californians for Alternatives to Toxics v. North Coast Railroad Authority, et al.*, Marin County Superior Court Case No. CFV-11-03591, U.S.D.C., No. Dist. Cal., Case No. CV 11 4102 JCS, also removed on August 19, 2011 (ECF #17 in the *CATS* Action);

1  C. WHEREAS, on September 16, 2011, Plaintiff filed a motion to remand the matter
2  to State Court (ECF #8), with the Opposition set to be due on September 30, 2011, the Reply set
3  to be due on October 7, 2011, and the hearing set for November 18, 2011;
4  D. WHEREAS, the parties to this federal action have had preliminary discussions
5  regarding settlement which are sufficiently encouraging to defer briefing on the motion for
6  remand for a short period to avoid unnecessary utilization of judicial resources and expense to
7  these parties;
8  NOW THEREFORE IT IS HEREBY STIPULATED as follows:
9  1. The briefing schedule for the motion for remand shall be as follows:
10  a. Opposition due                October ~~19~~ 14, 2011 - JCS
11  b. Reply due                     ~~November 3, 2011~~ Oct. 21, 2011 - JCS
12  c. Hearing                       November 18, 2011, at 1:30 PM
13  2. The time for preparation of the Administrative Record shall run from the date of the
14  Court's ruling on the pending motion for remand. The extension of time to prepare the
15  Administrative Record is in the public interest in compliance with California Public Resources
16  Code §21167.6(c).
17  3. All other dates set forth in the Order Setting Initial Case Management Conference and
18  ADR Deadlines shall remain in full force and effect, except the parties reserve the right to jointly
19  apply to the Court for continuation of the Case Management Conference, presently set for
20  December 9, 2011.
21  4. By entering into this Stipulation Plaintiff does not waive any rights or argument to contest
22  the Court's subject matter jurisdiction, as set forth in the Petitioner/Plaintiff's Motion for
23  Remand.

24  SHUTE, MIHALY & WEINBERGER, LLP
25  DATED: September 23, 2011        /s/
26  AMY J. BRICKER
    Attorneys for Petitioner
27  FRIENDS OF THE EEL RIVER
28

- 2 -                STIPULATION AND [Proposed] ORDER

1

2  DATED: September 23, 2011

/s/
_____
CHRISTOPHER J. NEARY
Attorney for Respondents,
NORTH COAST RAILROAD AUTHORITY;
BOARD OF DIRECTORS OF NORTH
COAST RAILROAD AUTHORITY

3

4

5

6

7  **[Proposed] ORDER**

8  PURSUANT TO STIPULATION, IT IS SO ORDERED., AS MODIFIED.

9

10  DATED: September 26, 2011

_____
JOSEPH C. SPERO
U.S. Magistrate

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero