1  Christopher J. Neary (Bar No. 69220)
   LAW OFFICES OF CHRISTOPHER J. NEARY
2  110 S. Main St., Ste. C
   Willits, CA 95490
3  Telephone: (707) 459-5551
   Facsimile: (707) 459-3018
4  Email: cjneary@pacific.net

5  Attorney for Defendant
   NORTH COAST RAILROAD AUTHORITY
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
   FRIENDS OF THE EEL RIVER,                Case No. CV 11 4103 JCS
11
            Petitioner/Plaintiff,           **STIPULATION TO MODIFY BRIEFING**
12                                          **SCHEDULE OF THE MOTION FOR**
                                            **REMAND AND [Proposed] ORDER**
13      v.
                                            Hearing:
14 NORTH COAST RAILROAD                     Date:  November 18, 2011
   AUTHORITY, et al.,                       Time:  9:30 a.m.
15                                          Dept: G, 15th Floor
            Respondents/Defendants.
16 _____/

17

18

19      IT IS HEREBY STIPULATED by and between Petitioner/Plaintiff FRIENDS OF THE

20 EEL RIVER ("FOER") and Respondents/Defendants NORTH COAST RAILROAD

21 AUTHORITY and BOARD OF DIRECTORS OF NORTH COAST RAILROAD AUTHORITY

22 (collectively "NCRA") as follows:

23      A.   WHEREAS, the above-entitled matter was removed by Defendants from the

24 Superior Court of the State of California, County of Marin on August 19, 2011;

25      B.   WHEREAS, the matter has been related with that certain action entitled

26 *Californians for Alternatives to Toxics v. North Coast Railroad Authority, et al.*, Marin County

27 Superior Court Case No. CFV-11-03591, U.S.D.C., No. Dist. Cal., Case No. CV 11 4102 JCS,

28 also removed on August 19, 2011 (ECF #17 in the *CATS* Action);

                                                    STIPULATION AND [Proposed] ORDER

1   C.   WHEREAS, on September 16, 2011, Plaintiff filed a motion to remand the matter
2 to State Court (ECF #8), with the Opposition set to be due on September 30, 2011, the Reply set
3 to be due on October 7, 2011, and the hearing set for November 18, 2011;
4   D.   WHEREAS, the parties to this federal action have had preliminary discussions
5 regarding settlement which are sufficiently encouraging to defer briefing on the motion for
6 remand for a short period to avoid unnecessary utilization of judicial resources and expense to
7 these parties;
8   NOW THEREFORE IT IS HEREBY STIPULATED as follows:
9 1.   The briefing schedule for the motion for remand shall be as follows:
10   a.   Opposition due   October ~~19~~ 14, 2011 - JCS
11   b.   Reply due   ~~November 3, 2011~~ Oct. 21, 2011 - JCS
12   c.   Hearing   November 18, 2011, at 1:30 PM
13 2.   The time for preparation of the Administrative Record shall run from the date of the
14 Court's ruling on the pending motion for remand.  The extension of time to prepare the
15 Administrative Record is in the public interest in compliance with California Public Resources
16 Code §21167.6(c).
17 3.   All other dates set forth in the Order Setting Initial Case Management Conference and
18 ADR Deadlines shall remain in full force and effect, except the parties reserve the right to jointly
19 apply to the Court for continuation of the Case Management Conference, presently set for
20 December 9, 2011.
21 4.   By entering into this Stipulation Plaintiff does not waive any rights or argument to contest
22 the Court's subject matter jurisdiction, as set forth in the Petitioner/Plaintiff's Motion for
23 Remand.

24                                               SHUTE, MIHALY & WEINBERGER, LLP
25                                                    /s/
DATED: September 23, 2011        _____
26                                               AMY J. BRICKER
                                                 Attorneys for Petitioner
27                                               FRIENDS OF THE EEL RIVER
28

1

2  DATED: September 23, 2011

/s/
_____
CHRISTOPHER J. NEARY
Attorney for Respondents,
NORTH COAST RAILROAD AUTHORITY;
BOARD OF DIRECTORS OF NORTH
COAST RAILROAD AUTHORITY

3

4

5

6

7                    [Proposed] ORDER

8     PURSUANT TO STIPULATION, IT IS SO ORDERED., AS MODIFIED.

9

10 DATED: September 26, 2011

_____
JOSEPH C. SPERO
U.S. Magistrate

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28