UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EEL RIVER,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NORTH COAST RAILROAD AUTHORITY, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 11-04103 JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br>**[Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **December 9, 2011, at 9:30 a.m.,** in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

　　The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later December 2, 2011.  If any party is proceeding without counsel, separate statements may be filed by each party.

　　All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**."  One copy shall be clearly marked as a chambers copy.

　　IT IS SO ORDERED.

Dated: October 5, 2011

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge