ELLISON FOLK (State Bar No. 149232)
AMY J. BRICKER (State Bar No. 227073)
JACLYN H. PRANGE (State Bar No. 270929)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:   (415) 552-7272
Facsimile:    (415) 552-5816
Folk@smwlaw.com
Bricker@smwlaw.com
Prange@smwlaw.com

Attorneys for FRIENDS OF THE EEL RIVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EEL RIVER,<br><br>  Petitioner/Plaintiff,<br><br>  v.<br><br>NORTH COAST RAILROAD AUTHORITY, BOARD OF DIRECTORS OF NORTH COAST RAILROAD AUTHORITY,<br><br>  Respondents/Defendants. | Case No. 3:11-CV-4103-JCS<br>And Related Case No. 3:11-CV-4102-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO REMAND**<br><br>Judge:   Joseph C. Spero |

# STIPULATION

IT IS HEREBY STIPULATED by and between Petitioner Friends of the Eel River ("Friends"), Respondents North Coast Railroad Authority and Board of Directors of North Coast Railroad Authority, and Real Party in Interest Northwestern Pacific Railroad Company that:

1. The Court has set the hearing on Friends' Motion to Remand, as well as the initial case management conference, for March 30, 2012 at 9:30 a.m., but counsel for Friends is unavailable on that date.

2. Accordingly, the parties request that the Court continue the hearing on Friends' Motion to Remand and the initial case management conference to April 6, 2012, at 9:30 a.m., when counsel for all parties will be available.

DATED: February 15, 2012         SHUTE, MIHALY & WEINBERGER LLP

                                 By:      /s/
                                       ELLISON FOLK
                                       AMY J. BRICKER
                                       JACLYN H. PRANGE

                                 Attorneys for FRIENDS OF THE EEL RIVER

DATED: February 15, 2012         LAW OFFICE OF CHRISTOPHER J. NEARY

                                 By:      /s/
                                       CHRISTOPHER J. NEARY

                                 Attorney for NORTH COAST RAILROAD
                                 AUTHORITY; NORTH COAST RAILROAD
                                 AUTHORITY BOARD OF DIRECTORS

DATED: February 15, 2012         COX, CASTLE & NOCHOLSON LLP

                                 By:      /s/
                                       ANDREW B. SABEY

                                 Attorney for NORTHWESTERN PACIFIC
                                 RAILRAOD COMPANY

1
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO REMAND
CASE NO. 3:11-CV-4103-JCS

1 **[PROPOSED] ORDER**

2   PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED AS FOLLOWS:

3 The hearing on Friends' Motion to Remand and the case management conference are continued

4 from March 30, 2012 at 9:30 a.m. to April 6, 2012 at 9:30 a.m.  The joint case management

5 statement is due by March 30, 2012.

7 DATED: ___Feb. 17, 2012_____



9 _____
10 Joseph C. Spero
   U.S. Magistrate Judge

11 317002.1